## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ELIZABETH H. BELLOTTI | : | No. 81 MM 2018 |
| | : | |
| | : | Court of Common Pleas of Snyder County |
| v. | : | Family Court Division No. 2018-00043, |
| | : | PACSES No. 248116966 |
| | : | |
| HAROLD F. WOELFEL, JR. | : | Change of Venue |

## O R D E R

AND NOW, this 4th day of May, 2018, the Honorable Michael H. Sholley of the Court of Common Pleas of Snyder County having certified to this Court an Order for change of venue in the above matter pursuant to Pa.R.C.P. 1006(d)(2) it is

ORDERED that said case shall be transferred to Dauphin County in compliance with Pa.R.C.P. 1006.

_____
Chief Justice